### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELIZABETH SOUZA BOLT, | ) |
|       Plaintiff, | ) |
| v. | )    CIV-21-1102-HE |
| ROSE STATE COLLEGE BOARD OF REGENTS, et al., | ) |
|       Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Elizabeth Souza Bolt, Defendants Barbara Baumeister, Debra Craig-Cohagan, and Brenda Lomas, in their official capacities, and SSM HealthCare of Oklahoma, Inc., hereby stipulate that the above-styled and numbered action shall be, and hereby is, dismissed in its entirety without prejudice. The parties shall be responsible for their own attorneys' fees and costs.

Dated September 20, 2022.

                                                *s/Jonathan M. Irwin*
                                                Woodrow K. Glass, OBA #15690
                                                Jonathan M. Irwin, OBA #32636
                                                Ward & Glass, LLP
                                                1601 NW 36th Street, Suite 100
                                                Norman, OK 73072
                                                (405) 360-9700; (405) 360-7902/fax
                                                ATTORNEYS FOR PLAINTIFF

*s/Kevin L. McClure*
Kevin L. McClure, OBA #12767
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, Oklahoma 73105
ATTORNEY FOR DEFENDANTS
BARBARA BAUMEISTER, DEBRA
CRAIG-COHAGAN, AND BRENDA
LOMAS


*s/Michael W. Bowling*
Adam W. Childers, OBA #18673
Michael W. Bowling, OBA #19758
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700; (405) 239-6651/fax
ATTORNEYS FOR DEFENDANT SSM
HEALTH CARE OF OKLAHOMA, INC.